```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  Room 3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone: (559)498-7272
 5
    Attorneys for Defendant
 6  United States of America

 7

    DEL L. TOLEDO, ESQ.
 8  2340 W. Whitendale Avenue, Suite A
    Visalia, CA 93277
 9  Telephone: (559)739-7005
    Facsimile: (559)739-7006
10
    Attorney for Plaintiff
11  Michele Wilkerson

12

13              IN THE UNITED STATES DISTRICT COURT

14            FOR THE EASTERN DISTRICT OF CALIFORNIA

15

16  MICHELE WILKERSON,         )   1:05-01634-AWI-LJO
                               )
17            Plaintiff,       )
                               )
18       v.                    )   STIPULATION AND ORDER
                               )   DISMISSING THE UNITED STATES OF
19  UNITED STATES OF AMERICA,  )   AMERICA
                               )
20            Defendant.       )
                               )
21
22
23
24
25
26
27
28
```

1  TO THE HONORABLE LAWRENCE J. O'NEILL, UNITED STATES MAGISTRATE
2  JUDGE:
3  IT IS HEREBY STIPULATED by and between Plaintiff Michele
4  Wilkerson ("Plaintiff") and Defendant United States of America
5  ("Defendant"), through their respective attorneys of record, that
6  Defendant be dismissed without prejudice allowing Plaintiff to
7  make the appropriate claim on Defendant and re-filing a new
8  Complaint should it be necessary upon exhaustion of the time
9  period therefor or denial of the presented claim.

Dated: January 9, 2006         McGREGOR W. SCOTT
                               United States Attorney

                               /s/ Kristi C. Kapetan
                           By: KRISTI C. KAPETAN
                               Assistant U.S. Attorney

                               Attorneys for Defendant
                               United States of America


Dated: January 6, 2006         DEL L. TOLEDO

                               /s/ Del L. Toledo
                           By: DEL L. TOLDEO

                               Attorney for Plaintiff
                               Michele Wilkerson


                               ORDER

IT IS SO ORDERED.

**Dated:   January 10, 2006**            **/s/ Anthony W. Ishii**
0m8i78                          UNITED STATES DISTRICT JUDGE